FILED:  January 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2318
(A094-882-889)

_____

MIREILLE DESSE LOKANGA

       Petitioner

v.

LORETTA E. LYNCH, U. S. Attorney General

       Respondent

_____

O R D E R

_____

   The court grants the motion for substitution of counsel.

H. Glenn Fogle is substituted as counsel for Mireille Desse Lokanga on appeal .

For the Court--By Direction

/s/ Patricia S. Connor, Clerk